UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BROADCAST MUSIC, INC., TARADAM MUSIC, INC., STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC, MICHAEL BALZARY, JOHN ANTHONY FRUSCIANTE, ANTHONY KIEDIS and CHAD GAYLORD SMITH, a partnership d/b/a MOEBETOBLAME MUSIC, UNIVERSAL - CHAMPION MUSIC CORPORATION, ROSANNE CASH, an individual d/b/a MONSTER BEACH MUSIC, ATLANTIC MUSIC CORP., SONGS OF UNIVERSAL, INC., GET LOOSE MUSIC, INC., SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC, HUSKY MUSIC, INC., BRADLEY KIRK ARNOLD, ROBERT TODD HARRELL, MATTHEW DARRICK ROBERTS and CHRISTOPHER LEE HENDERSON, a partnership d/b/a ESCATAWPA SONGS, JEFFREY R. HANNA, an individual d/b/a JEFF DIGGS MUSIC, CAREERS-BMG MUSIC PUBLISHING, INC., UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS, WINDSWEPT HOLDINGS LLC d/b/a SONGS OF WINDSWEPT PACIFIC, THORTCH LLC d/b/a SONGS OF THORTCH, JAMES E. RITCHEY, an individual d/b/a FOX RIDGE MUSIC, and JOSHUA RYAN OWEN, an individual d/b/a SHIITAKE MAKI MUSIC, <br><br>  *Plaintiffs*, <br><br> v. <br><br> NORMA MARLER and WALTER MARLER, SR., both individually and d/b/a WALT'S KARAOKE CAFÉ, <br><br>  *Defendants*. | Case No. 1:09-cv-193 <br> Judge Mattice |

## **ORDER**

Plaintiffs filed a Motion for Default Judgment against Defendants Norma Marler and Walter Marler, Sr., both individually and d/b/a Walt's Karaoke Café, on September 9, 2009. [Court Doc. 8.] The Court referred the Motion for Default Judgment to Magistrate Judge Susan K. Lee for a report and recommendation on Defendants' liability for the causes of action in Plaintiffs' complaint and the amount of damages, including attorney's fees and costs, due to the Plaintiffs as a result of Defendants' liability for such causes of action. [Court Doc. 9.]

Magistrate Judge Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on October 26, 2009. [Court Doc. 12.] Neither party filed an objection within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

A separate default judgment will enter.

**SO ORDERED** this 12th day of November, 2009.

                                                 /s/Harry S. Mattice, Jr.
                                                 HARRY S. MATTICE, JR.
                                                 UNITED STATES DISTRICT JUDGE